UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 18-60404-CIV-MORENO

MATTHEW CEBALLO, on behalf of all others similarly situated,

        Plaintiff,

vs.

M.G. CREDIT, INC.,

        Defendant.

_____/

## ORDER DENYING PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO COMPLETE DISCOVERY

THIS CAUSE came before the Court upon Plaintiff's Unopposed Motion for Enlargement of Time to Complete Discovery **(D.E. 11)**, filed on **April 19, 2018**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 9th of May 2018.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record